**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Susan MOLINARI, Defendant–**
**Appellant.**

No. 08–30458

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 13, 2009.

Joseph Thomas Mickel, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Gerald J. Block, Lafayette, LA, for Defendant–Appellant.

Before SMITH, STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Susan Molinari has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Molinari has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.